IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER LEE COLE,

     Plaintiff,                            No. 08 CV 2318 JCW

vs.

     D. K. SISTO, et al.,

     Defendants                      ORDER

_____/

     Cole, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  On February 1, 2009, Cole requested a copy of the Local Rules of Court.

     With respect to his in forma pauperis request, the certificate portion of Cole's request which must be completed by his institution of incarceration has not been properly filled out and signed by an authorized officer of that institution.  Moreover, he has not provided certified copies of his trust fund account statement for the six-month period immediately preceding the filing of his complaint in accordance with 28 U.S.C. § 1915(a)(2).

     Therefore, IT IS HEREBY ORDERED, that:

     1.     Cole's request for a copy of the Local Rules of Court is GRANTED.  The Clerk of the Court shall send Cole a copy of the Local Rules of Court.

1       2.       Cole's request to proceed in forma pauperis is DENIED without prejudice.

2       3.       The Clerk of the Court is directed to send Cole a new Application to Proceed In

3   Forma Pauperis By A Prisoner; and

4       4.       Within thirty days of the date of this order, Cole shall submit a completed new

5   application, including the required certification by the institution of incarceration and certified

6   copies of his trust fund account statement as described above.  Cole is cautioned that failure to

7   comply with this order or to seek an extension of time to do so can result in the dismissal of this

8   action.

9

10   DATED: November 30, 2009               __/s/J. Clifford Wallace _____
                                                J. Clifford Wallace

11                                                United States Circuit Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26